# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIN OLIVIA MAEZ,<br><br>      Defendant | Case No. 22-cr-00720-CAB<br><br>**ORDER AND JUDGMENT GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, ERIN OLIVIA MAEZ is granted. The case is dismissed without prejudice.

**IT IS FURTHER ORDERED** the bond filed on behalf of the defendant is exonerated.

**IT IS SO ORDERED.**

DATED: May 19, 2022

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge